■ In the Matter of BABY A., an Infant, by MOTHER A., His Mother and Natural Guardian, et al., Respondents, v ROBERT L. M. et al., Defendants. NEW YORK STATE DEPARTMENT OF HEALTH et al., Appellants. [632 NYS2d 1017] —Order affirmed with costs for reasons stated in decision at Supreme Court, Frazee, J. All concur, Wesley, J., not participating. (Appeal from Order of Supreme Court, Monroe County, Frazee, J.—Discovery.) Present—Green, J. P., Pine, Wesley, Callahan and Davis,